■ MANHATTAN VERMEER COMPANY, Respondent, v GERALD GUTERMAN et al., Appellants, et al., Defendants

It is within the IAS court's discretion to determine whether or not a party who claims not to have been properly served has shown a reasonable excuse for the default *(see, Orimex Trading v Berman,* 168 AD2d 263). Here, the record supports the IAS court's conclusion that the appealing defendants did not show a reasonable excuse for their default, and indeed that the default was deliberate. Accordingly, the motion to

vacate the default was properly denied. Concur—Murphy, P. J., Sullivan, Ellerin, Ross and Kassal, JJ.